Maud Hartley, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,369.

Opinion filed June 22, 1936.
Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Bowe & Bowe, for appellee; John D. Casey, of counsel.
Mr. Justice Hebel delivered the opinion of the court.

Cornelius Rottier, appellant, v. Doughnut Equipment Corporation et al., appellees. Gen. No. 38,471.

Opinion filed June 22, 1936. Rehearing denied July 6, 1936.
McCarthy & Toomey, for appellant; Frank A. McCarthy, John E. Toomey and James C. O'Brien, Jr., of counsel. Arthur A. Sherrard and Charles D. Fithian, for appellees; Arthur A. Sherrard, Charles D. Fithian and Thomas J. Finnegan, of counsel.
Mr. Justice Hebel delivered the opinion of the court.

The Prudential Insurance Company of America, appellant, v. Carrie Johnson, appellee. Gen. No. 38,481.

Opinion filed June 22, 1936.
Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Clyde L. Todd, for appellee; Lee D. Mathias, of counsel.
Mr. Justice Hebel delivered the opinion of the court.

William B. Uihlein, appellant, v. M. Faith McAuley, appellee. Gen. No. 38,507.

Opinion filed June 22, 1936. Rehearing denied July 6, 1936.
Winston, Strawn & Shaw, for appellant; James H. Cartwright and Frank B. Gilmer, of counsel. Ivor Jeffreys, for appellee.
Mr. Justice Hebel delivered the opinion of the court.